# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

## PROCEEDINGS OF
## SUPREME COURT

### NEW CASES DOCKETED

Bancroft et v. Williams .............. 19486

Canton (City) et v. Midcontinent
Prod. Co. ...................... 19490

Cent. Bk. of Marietta v. Dotson........ 19491

Euga et v. Lancaster Coa. Co........ 19493

Killianny v. State ...... 19487, 19488, 19489

Nat. Coal Co. v. Heskett .......... 19492

Schaeffer v. Spitzig Co.............. 19485

State ex v. Sharples Bd. of Ed........ 19484

### DEC. 14, 1925

19484—State of Ohio ex rel Board of Education of Swanton Village School District v. Board of Education of Sharples Village School District; error to Lucas Appeals. D. P. Johnson, E. P. Buckenmyer, Toledo, for deft; Julian H. Tyler, Toledo, for deft.

19485—Elizabeth Schaeffer v. Joseph A. Spitzig Co.; motion for Lorain Appeals to certify. T. A. Conway, Elyria, for pltf. Frank O. Wilford, Elyria, for deft.

### DEC. 15, 1925

19486—Robert C. Bancroft, et v. J. K. Williams; motion for Clark Appeals to certify. J. M. Cole, J. E. Bowman, et, Springfield, for pltf; Summers & Beard, Springfield, for deft.

19487—Joe Killianny v. State of Ohio; motion for Guernsey Appeals to certify. N. H. Barber, Cambridge, for pltf; G. D. Dugan, Cambridge, and C. C. Crabbe, Columbus, for deft.

19488—Same v. Same; same. Same; Same.

19489—Same v. Same; same. Same; Same.

19490—City of Canton et al v. Midcontinent Products and Refiners Corporation et. error to Stark Appeals. T. M. Miller, Canton, for pltf; D. E. Daniels, Canton, for deft.

### DEC. 16, 1925

19491—Central National Bank of Marietta v. Commodore Dotson; error to Washington Appeals. Motion for Washington Appeals. E. B. Follet, D. W. Jones, Marietta, for pltf; Strecker and Williamson, Marietta, for deft.

19492—National Coal Co. v. N. V. Heskett; motion for Guernsey Appeals to certify. C. S. Shepherd, Cambridge, for pltf; Scott & Scott, Cambridge, for deft.

19493—F. L. Euga and Euga Coal Mining Co. v. Lancaster Coal and Sand Co.; motion for Perry Appeals to certify. B. W. Gearheart, Columbus, for pltf; J. W. Deffenbaugh and L. G. Silbaugh, Lancaster, for deft.

### GENERAL DOCKET

Becker v. Pub. Util. Comm........... 19304

Braun et v. Averdick ............... 19064

C. C. C. & St. L. Ry. v. Potter........ 19015

Cannon Ball Trans. Co. v. Pub. Util.
Com. ............................ 19328

Cinci. Tract. Co. v. Pub. Util. Comm.
...................... 19263, 19288, 19313

Columbus Ry. P. & L. Co. v. Pub.
Util. Com. ....................... 19103

Dress v. Pub. Util. Comm..... 19291, 19293

Espel v. Cincin. Wal. Amusement Co.. 19321

Hauser v. State ex ................. 19197

Maidlow et v. Sentinel Pub. Co. et.... 19099

Small v. Pub. Util. Comm............ 19326

Staley v. Pub. Util. Comm.... 19333, 19334

State ex v. Fairfield Co. Comm...... 19128

State ex v. Hadaway et ............. 19250

State ex v. Henrietta Bd. of Ed...... 19384

State ex v. Perry.................... 19401

State ex v. Bloomfield Bd. of Ed...... 19418

State ex v. Melrose Bd. of Ed........ 19419

State ex v. Dover Bd. of Ed.......... 19420

### MOTION DOCKET

B. & O. R. R. Co. v. Gillmore........ 19391

Borzykowski v. Indust. Fibre Corp.... 19300

Dayton (City) v. Kresge Co.......... 19374

Drake v. Fishel .................... 19373

Espel v. Cincin. Amusement Co....... 19321

Gertz et v. Varwig ................. 19331

Henry et v. Gilbert ................. 19371

Hill v. Burns ...................... 19389

Huntington et v. MacMahon et........ 19421

Katz v. Stotter .................... 19400

Lewis et v. Jenkins ................ 19377

Lenthold v. E. W. Pfleiderer......... 19337

Lenthold v. G. W. Pfleiderer......... 19336

Morton v. Davazac ................. 19314

Rockey v. Rockey .................. 19361

Rosenstihl et v. Cherry............. 19324

Schaffer v. Schaffer ............... 19311

Sommerfield v. State ............... 19341

Youngstown & Sub. Ry. Co. v. Faulk.. 19395

### OHIO SUPREME COURT
### TUESDAY, DEC. 15, 1925
### GENERAL DOCKET

19015—C. C. C. & St. L. Ry. Co. v. Henry Potter; error to Cuyahoga Appeals. Judgment reversed .and judgment for plaintiff in error. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-12-25; 3 Abs. 184; OS. 4 Abs. 9.

19064—A. M. Braun et al. v. Anna Averdick. Error to Hamilton Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-9-25; 3 Abs. 233; OS. Pend. 3 Abs. 363.

19099—In re Dissolution of the Sentinel Publishing Co.; John T. Maidlow and A. P.